1/21/15

To: Appels Court

Judge LittleJohn

From Maryann Castro

Trail Court No.2011-CI-15957

No.04-14-00785



## Motion of Relief Sought in the Agreement for Final Divorce signed by Judge Canales Oct 30, 2013 Contains Fraud in amount of 40,000 using a Comparative Market Analysis-Realtors Opinion and Active Bankruptcy

Here comes Maryann Castro Appellant asking for Justice in the Appeals Court, I am asking the Court to Re-open my Case in the Agreement for Final Divorce. I have a right to Justice, And Appellee Manuel Castro and Attorney Joseph Appelt committed Fraud, Malpractice this is my life thirty years that this Agreement for Final Divorce has caused me Stress due to the Fraud.

I have evidence, the Agreement has fraud, Manuel Castro was in bankruptcy, it was hidden in the Agreement for Final Divorce, A Comparative Market Analysis was used, A realtors Opinion which was set up by Appellee Manuel Castro and his mistress Christina Pacheco, her Realtor friend Archie Marmejo of Pleasanton Texas who is a Realtor for All Seasons Realty, I called her to contact her as to how she came out with the value of 351,000 she told me I had till Feb to refinance my home now why would a stranger who did know me tell me this she didn't even answer my question, I told her I will be reporting her to the real-estate Board. She is part of the attempt to Commit Fraud of the Martial Home Appellee Manuel Castro and I shared.

A bank does not lend on a Comparative Market Analysis-Realtors Opinion, and Bankruptcy a Bank does not refinance when in Bankruptcy, when the Agreement for Final Divorce was signed Attorney Dinorah Diaz misled, misrepresented Appellant Maryann Castro that it could be done, legally it cant.

Also Attorney Joseph Appelt and Appellee Manuel Castro are hiding the Fact that I am disabled; I became disabled within the marriage. My rights to Spousal Maintence as a Disabled Spouse were discriminated against me, instead Appellant Manuel Castro, Mistress Christina Pacheco and Attorney Joseph Appelt used a Comparative Market Analysis-Realtors Opinion to over value the Martial home to defraud Appellant MaryAnn Castro her right to Spousal Maintence Appellant Maryann Castro has submitted a Certified Appraisal showing the martial home value at 220,000.

This Divorce for Final Agreement has caused me financial Hardship, Attorneys using my case as an ATM Machine, not one Attorney Secured the martial home, filed motion for spousal maintence, protected me from Appellee Manuel Castro mistress Christina Pacheco who has been carrying on an adulterous affair with Appellee Manuel G. Castro on or about Oct 2011, and also has been involved in harassing Appellant Maryann Castro and involved in fraud in the martial property by turning in the Comparative Market Analysis a Realtors Opinion to help aide Appellee Manuel Castro in fraud in the martial home which is now my home.

How can an Agreement for Final Divorce be moot, there is fraud, discrimination of a disabled person, Judge Salinas, Judge Price are not looking at the facts and Judge Barbra I have been ignored, my right as a spouse, disabled person to modify and Agreement that should not of been filed due to fraud a copy was filed, not the original. Why is the Court allowing Attorney Joseph Appelt to commit fraud, for Appellee Manuel Castro and Committed a malpractice proceeding a Divorce and Making a financial Agreement when his Client Appellee Manuel Castro was in Active Bankruptcy. That is an injustice to Appellant MaryAnn Castro.

Appellant Maryann Castro prays that the Court will do Justice.

In Closing Appellant MaryAnn Castro is seeking relief of the fraud equity in the Amount of 40,000 that the martial property does not have. Appellant Maryann Castro is seeking Spousal Maintence, Johnson Control Retirement and to keep her homestead 1501 Olive Jourdanton Texas.

Appellant Maryann Castro also seeking Attorney fees in the Amount of 20,000

Appellant Maryann Castro prays for the Court to grant her relief.

Respectfully

Maryann Castro pro-se Appellant

1501 Olive

Jourdanton Texas 78026

830-496-0133

PacAttitude2014@gmail.com

1/21/15

To: Appels Court

Judge LittleJohn

From Maryann Castro

Trail Court No.2011-CI-15957

No.04-14-00785

## Motion of Relief Sought in the Agreement for Final Divorce signed by Judge Canales Oct 30, 2013 Contains Fraud in amount of 40,000 using a Comparative Market Analysis-Realtors Opinion and Active Bankruptcy

Here comes Maryann Castro Appellant asking for Justice in the Appeals Court, I am asking the Court to Re-open my Case in the Agreement for Final Divorce. I have a right to Justice, And Appellee Manuel Castro and Attorney Joseph Appelt committed Fraud, Malpractice this is my life thirty years that this Agreement for Final Divorce has caused me Stress due to the Fraud.

I have evidence, the Agreement has fraud, Manuel Castro was in bankruptcy, it was hidden in the Agreement for Final Divorce, A Comparative Market Analysis was used, A realtors Opinion which was set up by Appellee Manuel Castro and his mistress Christina Pacheco, her Realtor friend Archie Marmejo of Pleasanton Texas who is a Realtor for All Seasons Realty, I called her to contact her as to how she came out with the value of 351,000 she told me I had till Feb to refinance my home now why would a stranger who did know me tell me this she didn't even answer my question, I told her I will be reporting her to the real-estate Board. She is part of the attempt to Commit Fraud of the Martial Home Appellee Manuel Castro and I shared.

A bank does not lend on a Comparative Market Analysis-Realtors Opinion, and Bankruptcy a Bank does not refinance when in Bankruptcy, when the Agreement for Final Divorce was signed Attorney Dinorah Diaz misled, misrepresented Appellant Maryann Castro that it could be done, legally it cant.

Also Attorney Joseph Appelt and Appellee Manuel Castro are hiding the Fact that I am disabled; I became disabled within the marriage. My rights to Spousal Maintence as a Disabled Spouse were discriminated against me, instead Appellant Manuel Castro, Mistress Christina Pacheco and Attorney Joseph Appelt used a Comparative Market Analysis-Realtors Opinion to over value the Martial home to defraud Appellant MaryAnn Castro her right to Spousal Maintence Appellant Maryann Castro has submitted a Certified Appraisal showing the martial home value at 220,000.

This Divorce for Final Agreement has caused me financial Hardship, Attorneys using my case as an ATM Machine, not one Attorney Secured the martial home, filed motion for spousal maintence, protected me from Appellee Manuel Castro mistress Christina Pacheco who has been carrying on an adulterous affair with Appellee Manuel G. Castro on or about Oct 2011, and also has been involved in harassing Appellant Maryann Castro and involved in fraud in the martial property by turning in the Comparative Market Analysis a Realtors Opinion to help aide Appellee Manuel Castro in fraud in the martial home which is now my home.

How can an *Agreement for Final Divorce* be moot, there is fraud, discrimination of a disabled person, Judge Salinas, Judge Price are not looking at the facts and Judge Barbra I have been ignored, my right as a spouse, disabled person to modify and Agreement that should not of been filed due to fraud a copy *was filed, not the original.* Why is the Court allowing Attorney Joseph Appelt to commit fraud, for Appellee Manuel Castro and Committed a malpractice proceeding a Divorce and Making a financial Agreement when his Client Appellee Manuel Castro was in Active Bankruptcy. That is an injustice to Appellant MaryAnn Castro.

Appellant Maryann Castro prays that the Court will do Justice.

In Closing Appellant MaryAnn Castro is seeking relief of the fraud equity in the Amount of 40,000 that the martial property does not have. Appellant Maryann Castro is seeking Spousal Maintence, Johnson Control Retirement and to keep her homestead 1501 Olive Jourdanton Texas.

Appellant Maryann Castro also seeking Attorney fees in the Amount of 20,000

Appellant Maryann Castro prays for the Court to grant her relief.

Respectfully

Maryann Castro pro-se Appellant

1501 Olive

Jourdanton Texas 78026

830-496-0133

PacAttitude2014@gmail.com

Mary Ann Castro
1501 Olive
Jourdanton TX 78026

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 23 PM 12: 18

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Clerk of
Austin Judge LittleJohn

7820500739

Court of Appeals
Fourth Court of Appeals District
CADENA-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX
78205-3037.

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 JAN 2015 PM 4 L